# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA B. GUTIERREZ,<br><br>        Movant,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION OFFICE OF THE INSPECTOR GENERAL,<br><br>        Respondent. | No. 2:15-mc-0075-TLN-KJN PS<br><br><br><u>ORDER</u> |

On July 2, 2015, the movant, Christina B. Gutierrez ("the movant"), filed a Motion for an Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 ("RFPA"), 12 U.S.C. § 3401 et seq. (ECF No. 1). She also paid the filing fee required for such an action on that same date.

Pursuant to 12 U.S.C. 3410 (b) the court orders the respondent, Social Security Administration Office of the Inspector General ("the government") to file a sworn response to the movant's motion. This response shall be filed no later than August 27, 2015.

////

////

////

////

1

The government has not yet appeared in this action. Accordingly, the movant shall serve a file-stamped copy of her motion and the sworn statement (ECF No. 1) *and a copy of this order* by delivering or mailing *by registered mail or certified mail to*:

> Social Security Administration
> Office of the Inspector General/Office of Investigations
> 1221 Nevin Ave., Suite 410W
> Richmond, California 94801
> ATTN: Special Agent Jahman Yates

*The movant shall file a proof of service no later than August 6, 2015.* The proof of service shall contain a statement under penalty of perjury identifying the date the above documents were served, the method of service, as well as the person served. The movant is advised that "a consumer's ability to challenge a subpoena is cabined by strict procedural requirements." S.E.C. v. Jerry T. O'Brein, Inc., 467 U.S. 735, 745 (1984). Failure to comply with this order may result in dismissal of this action.

The Clerk of the Court is also directed to serve the government with a copy of this order at the above address via first-class mail.

IT IS SO ORDERED.

Dated:  July 13, 2015

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE